AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23-8159MB | Date and time warrant executed:<br>04/13/2023 3:23 pm | Copy of warrant and inventory left with:<br>Lance Stevens/Mely Torres Global Federal CU |
| Inventory made in the presence of :<br>SA Jesus Goodman | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>Global Federal Credit Union Cashier's Check 000001900823 in the amount of $376,400.59 | | |

[Image of Global Federal Credit Union Cashier's Check No. 000001900823 dated April 14, 2023, in the amount of $376,400.59, pay to the order of **U.S. CUSTOMS AND BORDER PROTECTION**]

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/14/2023

GREGORY N LUETHANS
Digitally signed by GREGORY N LUETHANS
Date: 2023.04.14 12:53:14 -07'00'

*Executing officer's signature*

Gregory N. Luethans, Special Agent
*Printed name and title*